UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARRAM CORP.,

    Plaintiff,

v.        Case No: 2:18-cv-204-FtM-38MRM

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 33). Judge McCoy recommends the Court grant Defendant Scottsdale Insurance Company's Amended Motion to Compel Appraisal and Abate All Proceedings. (Doc. 20). No party has objected to the Report and Recommendation, and the period to do so has lapsed. This matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and upon consideration of Judge McCoy's findings and recommendation, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 33) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

2. Defendant Scottsdale Insurance Company's Amended Motion to Compel Appraisal and Abate All Proceedings (Doc. 20) is **GRANTED**.
    a. The parties must expeditiously obtain an appraisal in the manner prescribed by the appraisal provision of the subject insurance policy.
    b. The action is **ABATED** pending completion of the appraisal process. All deadlines are stayed until the appraisal process is completed.
    c. The parties shall file a joint status report every **ninety (90) days** telling the Court of the status of the appraisal process.
    d. Within **five (5) days** of completing the appraisal process the parties shall file a joint notice informing the Court.

3. The Clerk of Court is **DIRECTED** to add a stay flag to this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of September 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record